UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANNY AMEN VALENTINE SHABAZZ,<br><br>                              Plaintiff,<br><br>-against-<br><br>AUBREY DRAKE GRAHAM, ET AL.,<br><br>                              Defendants. | 23cv9228 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 9, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 9, 2024
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge