UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY AMEN VALENTINE SHABAZZ,

               Plaintiff,

     -against-

AUBREY DRAKE GRAHAM; LUCIANNE
GRAINGE; UNIVERSAL MUSIC GROUP,

              Defendants.

23-CV-9228 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this *pro se* copyright complaint on October 19, 2023. The Court granted Plaintiff leave to proceed *in forma pauperis* (IFP), but dismissed the matter *sua sponte* on May 9, 2024. (ECF 7.) Almost one year later, on March 17, 2025, Plaintiff moved to seal the matter.

None of the few documents on the docket contain sensitive information. Additionally, the docket has been a matter of public record since this matter was opened in 2023. Accordingly, the Court denies Plaintiff's request to place this action under seal, and the Clerk of Court is directed to terminate the motion (ECF 10.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 4, 2026
         New York, New York

                          /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                   Chief United States District Judge